IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. TIMOTHY P. PASSARELLO

    Plaintiff(s)

vs.

VIGILANT INSURANCE COMPANY

    Defendant(s)

Civil Action No. _____

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Richard L. Flax__ Esquire a member of the Bar of this court, moves the admission of __Eric D. Freed__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendant, Vigilant Insurance Company__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Pennsylvania.__

and/or the following United States Court(s): __Eastern and Middle Districts of Pennsylvania; United States Court of Appeals for the Third Circuit.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Never.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6//98



-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned:~~xx~~

Richard L. Flax, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature: Richard L. Flax<br>Zauner, Gawlik & Flax, P.A. | Signature: Eric D. Freed<br>Cozen and O'Connor |
| Address: Suite 1700<br>100 North Charles Street<br>Baltimore, Maryland 21201 | Address: 1900 Market Street<br>Philadelphia, PA 19103 |
| Office phone number: (410) 962-0500 | Office phone number: (215) 665-2000 |
| Fax number: (410) 962-0589 | Fax number: (215) 665-2013 |

Md. U.S. District Court Number: 01189
Dated: February 15, 2001

## ORDER

Motion _____ GRANTED

Motion __X__ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dated: 2/17/01

Judge B. Legg, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing on the following counsel, by United States Regular Mail, this 15th day of February, 2001.

>Norman Polovoy, Esquire
>James S. Ruckle, Jr., Esquire
>Polovoy and Turner, LLC
>216 Schilling Circle
>Hunt Valley, Maryland 21031

_____
Richard L. Flax

H:\RLF\Vigilant\cert.