**POLOVOY & TURNER, LLC**
216 Schilling Circle
Hunt Valley, MD 21031-8624
410-527-1700
410-527-1777 (Fax)

**Norman Polovoy**
**Robert C. Turner**
**James S. Ruckle, Jr.**

**Of Counsel:**
**Albert B. Polovoy**

March 2, 2001

The Honorable Benson Everett Legg
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

Re: Passarello v. Vigilant Insurance Co.
    Case NO.: L-01-215

Dear Judge Legg:

    Pursuant to the Scheduling Order in the above-captioned matter, the parties have discussed and reached agreement on the number of deposition hours. The parties respectfully request forty (40) hours for fact witness depositions. This case is complicated and will have a significant number of fact witnesses.

    Thanking the Court in advance for its consideration of this request, I remain.

✓ Approved
Benson Legg
USDJ
3/8/01

Very truly yours,

James S. Ruckle, Jr.
Attorney for Plaintiff

CC:  Richard L. Flax, Esq.
     Eric D. Freed, Esq.

Jsr006/pass.insu0302sjf