<u>IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND</u>

| | | |
|---|---|---|
| Timothy Passarello | * | |
|     Plaintiff/Counter-Defendant | * | |
| v. | * | Case No.: L-01-0215 |
| Vigilant Insurance Co., | * | |
|     Defendant/Counter-Plaintiff | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**MOTION TO STRIKE AND ENTER APPEARANCE**</u>

Please strike the appearances of Norman Polovoy, James Ruckle and Polovoy & Turner, LLC as attorneys for Plaintiff/Counter-Defendant Timothy Passarello. Please enter the appearances of Gregg L. Bernstein, T. Christine Pham and Martin, Snyder & Bernstein, P.A. as attorneys of Plaintiff/Counter-Defendant Timothy Passarello.

_____
Norman Polovoy
James Ruckle
Polovoy & Turner, LLC
216 Schilling Circle
Hunt Valley, Maryland 21031
(410) 527-1700

_____
Gregg L. Bernstein
T. Christine Pham
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street
Suite 2000
Baltimore, Maryland 21202
(410) 547-7163

Attorneys for Plaintiff/Counter-Defendant Timothy Passarello

Approved
3/22/01
B. Legg
USDJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of March, 2001, a copy of the foregoing Motion to Strike and Enter Appearance was mailed to the following:

Richard Flax
Zauner, Gawlik & Flax, P.A.
100 North Charles Street
Suite 1700
Baltimore, Maryland 21201

Eric D. Freed
1900 Market Street
The Atrium-4[th] Floor
Philadelphia, PA 19103

_____
T. Christine Pham