## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (Northern Division)

Timothy Passarello                          *

    Plaintiff/Counter-Defendant      *

v.                                          *      Case No.: L-01-0215

Vigilant Insurance Co.,                     *

    Defendant/Counter-Plaintiff      *

*    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND PRAYER FOR JURY TRIAL

Upon consideration of the Motion for Leave to File First Amended Complaint and

Prayer for Jury Trial filed by Plaintiff/Counter-Defendant, Timothy Passarello, and any

response thereto, it is this _12TH_ day of _April_, 2001, hereby

ORDERED, that the Motion for Leave to File First Amended Complaint and

Prayer for Jury Trial shall be and is hereby GRANTED.


Benson E. Legg
United States District Court for
the District of Maryland