IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Timothy Passarello | * |
|    Plaintiff/Counter-Defendant | * |
| v. | *     Case No.: L-01-0215 |
| Vigilant Insurance Co., | * |
|    Defendant/Counter-Plaintiff | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Upon consideration of the Joint Motion to Amend Scheduling Order, it is this 14 day of April, 2001, hereby

ORDERED, that the Joint Motion to Amend Scheduling Order shall be and is hereby GRANTED; and further

ORDERED, that the parties shall jointly file a proposed Amended Scheduling Order on or before May 1, 2001.

(x) Both motions to amend were granted. Please consult with counsel for the new parties

_____
Benson E. Legg
United States District Court for
the District of Maryland



5