IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY P. PASSARELLO       :
                            :
                            :
v.                          :   CIVIL NO. L-01-0215
                            :
                            :
VIGILANT INSURANCE CO., et. al. :

### ORDER

The Court is in receipt of a Ms. Pham's letter dated June 1, 2001 stating that all parties now agree that this case must be remanded to the Circuit Court for Baltimore County. In light of this letter, the Court hereby GRANTS the plaintiff's Motion to Remand (filed on April 30, 2001). The Clerk is directed to CLOSE this case.

IT IS SO ORDERED this ___4TH___ day of June 2001.

_____
Benson Everett Legg
United States District Judge

JUN - 8 2001